UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FRANCISCO FERMIN, EMILIO MORENO,
and ANDRES DEL ROSARIO, on behalf of themselves and
others similarly situated,

                        Plaintiffs,

-against-

LAS DELICIAS PERUANAS RESTAURANT, INC.,
BERTHA MARCONI, and NICOLAS DE PIEROLA,

                        Defendants.
-------------------------------------------------------------------------X

Case No. 14-CV-559
(RRM) (VMS)

**REQUEST TO ENTER DEFAULT**

TO:    DOUGLAS C. PALMER, CLERK
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter default of defendants, Las Delicias Peruanas Restaurant, Inc., Bertha Marconi, and Nicolas De Pierola, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affirmation of Justin Cilenti, Esq.

Dated: New York, New York
           June 13, 2014

                                          Respectfully submitted,

                                          CILENTI & COOPER, PLLC
                                          *Attorneys for Plaintiffs*
                                          708 Third Avenue – 6th Floor
                                          New York, New York 10017
                                          T. (212) 209-3933
                                          F. (212) 209-7102

                                 By: _____
                                      Giustino (Justin) Cilenti (GC 2321)