UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FRANCISCO FERMIN, EMILIO MORENO,  :    Case No. 14-CV-559
and ANDRES DEL ROSARIO, on behalf of themselves and :    (RRM) (VMS)
others similarly situated, :
 :
                                Plaintiffs, :    **NOTATION OF**
 :    **DEFAULT**
   -against- :
 :
LAS DELICIAS PERUANAS RESTAURANT, INC., :
BERTHA MARCONI, and NICOLAS DE PIEROLA, :
 :
                                Defendants. :
-----------------------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants, Las Delicias Peruanas Restaurant, Inc., Bertha Marconi, and Nicolas De Pierola, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       June ___, 2014

                                                   DOUGLAS C. PALMER,
                                                   Clerk of Court


                                  By: _____
                                       Deputy Clerk